| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FERNANDEZ, FERDINAND F. | NINTH CIRCUIT COURT OF APPEALS | Apr. 19, 2006 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE — SENIOR | ___ Nomination, Date _____ <br> ___ Initial  ✔ Annual  ___ Final <br> 5b. ___ Amended Report | 1/1/05 → 12/31/05 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 125 SO GRAND AVE PASADENA, CA 91105 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Member, Board of Trustees | Pomona College |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | $ |
| 3 | | $ |
| | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2005 | Chaffey College | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F. | Apr. 19, 2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE          DESCRIPTION

[X] NONE (No such reportable reimbursements.)

1

2

3

4

5

6

7

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [ ] NONE (No such reportable gifts.) | | |
| 1 West Publishing Co | books | $ 440.00 |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] NONE (No reportable liabilities.) | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: FERNANDEZ, Ferdinand F

Date of Report: 4/19/06

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Accts at America First Federal Bank | C | Int. | M | T | | | | | |
| 2 Accts at Wells Fargo Bank | B | Int | L | T | | | | | |
| 3 Accts at Washington Mutual Bank | C | Int | M | T | | | | | |
| 4 Accts at Bank of America | B | Int | M | T | | | | | |
| 5 Accts at Downey Savings | C | Int | M | T | | | | | |
| 6 Accts at World Savings | C | Int | M | T | | | | | |
| 7 Accts at Community Bank | C | Int | M | T | | | | | |
| 8 Acct at Foothill Independent Bank | A | Int | None | | Withdraw close | 1/11 | M | None | |
| 9 Acct at Vineyard Nat Bank | B | Int | M | T | | | | | |
| 10 Acct at Western Financial Bank | C | Int | L | T | | | | | |
| 11 Accts at Pacific Western Bank | B | Int | M | T | | | | | |
| 12 Accts at US Bank | A | Int | M | T | | | | | |
| 13 Acct at Union Bank | A | Int | None | | Withdraw close | 3/8 | M | None | |
| 14 Acct at State Bank of Fargo | A | Int. | L | T | Open | 3/9 | L | | |
| 15 American Fund Small Cap World Cl.A | A | Div. | J | T | | | | | |
| 16 American Fund Cap Income Builder Cl.A | B | Div | K | T | Distribute from IRA | 12/19 | K | None | |
| 17 American Fund New Economy Cl.A | A | Div | K | T | | | | | |

1  Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2  Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3  Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/19/06 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt Code (A-H) | (2) Type (e.g. div, rent or int) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 INCOME FUND OF America C/A | A | DIV. | K | T | Dist. from IRA | 12/19 | K | None | |
| 19 UST Bills | A | INT | K | T | | | | | |
| 20 UST Bills | B | INT | L | T | | | | | |
| 21 UST Bills | A | INT | J | T | | | | | |
| 22 UST Bills | A | INT | J | T | | | | | |
| 23 UST Bills | A | INT | J | T | | | | | |
| 24 UST Bills | A | INT | J | T | | | | | |
| 25 UST Bills | A | INT | K | T | | | | | |
| 26 UST Bills | A | INT | K | T | | | | | |
| 27 UST Bills | A | INT | K | T | | | | | |
| 28 UST Bills | A | INT | K | T | | | | | |
| 29 UST Bills | A | INT | K | T | | | | | |
| 30 UST Bills | A | INT | K | T | | | | | |
| 31 UST Bills | D | INT | M | T | | | | | |
| 32 UST Bills | C | INT | L | T | | | | | |
| 33 UST Bills | B | INT | L | T | | | | | |
| 34 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/19/06 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt Code 1 (A-H) | B (2) Type (e.g. div, rent or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D (2) Date Month Day | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 34. Trust #1 Income Beneficiary | | | | | | | | | |
| a. Wells Fargo (annual Trust Funds (TIaCdrIBF) | B | INT/DIV | M | T | | | | | |
| b. Real Property in Clifton, Az. (Thee: ?) | None | None | J | W | | | | | |
| 35 I.R.A. | | | | | | | | | |
| a. Select Notes Trust Sauite LT #5 | A | INT | J | T | | | | | |
| b US Treasury Note | A | INT | J | T | | | | | |
| c GNMA Pool Cert | B | INT | K | T | | | | | |
| d Cap. Income Builder C/A FUND (AM. FUND) | B | DIV | K | T | Partial Distribution | 12/19 | K | None | |
| e Growth Fund of America C/A. | A | DIV | K | T | | | | | |
| f Income Fund of America C/A | A | DIV | J | T | Partial Distribution | 12/19 | K | None | |
| g Van Kampen Comstock Fund c/A | A | DIV | K | T | | | | | |
| h Van Kampen Enterprise Fund c/A | A | DIV | K | T | | | | | |
| i Van Kampen Pace Fund c/A | A | DIV | K | T | | | | | |
| j Van Kampen Real Est Fund SPCS A | A | DIV | K | T | | | | | |
| k Washington Mutual Inves. Fund c/A | A | DIV | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | FERNANDEZ, FERDINAND F. | Apr 19 2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Sign█████████████████████████████████ Date _Apr 19 2006_

NOT█████████████████████████████████FIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544